U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 20 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:12CR30009-001

AUSTIN ADOLF ALEXANDER

## FINAL ORDER OF FORFEITURE

On October 30, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, one Kodak ESP C315 "All-in-One" printer, serial number CN1K631372254B891493 was forfeited to the United States pursuant to 18 U.S.C. § 492 incorporating by reference 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On December 4, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 30, 2012, shall become final at this time.

1

IT IS SO ORDERED this 20th day of March, 201__.

/s/ P.K. Holmes
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE